UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Javece L. Wilson,                                  Case No. 21-cv-0849 (WMW/BRT)

Petitioner,

**ORDER ADOPTING REPORT AND**
v.                                                         **RECOMMENDATION**

Bureau of Prisons and DOJ,

Respondents.

---

Before the Court is the November 17, 2021 Report and Recommendation (R&R) of

then-United States Magistrate Judge Katherine M. Menendez.  (Dkt. 19.)  No objections to

the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R

for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir.

1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY**

**ORDERED**:

1.    The November 17, 2021 R&R, (Dkt. 19), is **ADOPTED**.

2.    Petitioner Javece L. Wilson's petition for a writ of habeas corpus, (Dkt. 1),

is **DENIED**.

3.    This matter is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  February 16, 2022                          s/Wilhelmina M. Wright
                                                             Wilhelmina M. Wright
                                                             United States District Judge